IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESLEY PANIGHETTI,** | Case No. 2:17-cv-01001 CMK |
| Petitioner, | **ORDER** |
| v. | |
| **J. GUSTELLO,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing Respondent's responsive pleading is extended through and including October 9, 2017.

Dated: September 27, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1