IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY PANIGHETTI,	No. 2:17-CV-1001-CMK-P

    Petitioner,

  vs.	ORDER

J. GUSTELLO,

    Respondent.

/

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's motions for the appointment of counsel (Docs. 12 and 19).

There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel. Further requests for the appointment of counsel will not be considered.

/ / /

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motions for the
2  appointment of counsel (Docs. 12 and 19) are denied.

 DATED: November 21, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE