# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY PANIGHETTI, | No. 2:17-CV-1001-MCE-DMC-P |
| Petitioner, | |
| v. | ORDER |
| J. GUSTELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgment was entered on September 21, 2018, and this action is closed. Pending before the court is petitioner's motion (Doc. 29) to consolidate this case with Panighetti v. Gastelo, E. Dist. Cal. No. 2:18-CV-2015-AC. Petitioner's motion is denied because the instant action is closed.[1]

IT IS SO ORDERED.

Dated: October 11, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner has been granted leave to amend in No. 2:18-CV-2015-AC.

1